# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

vs.                                              **4:08-MC-00019-WRW**

**KATHLEEN JENKINS**                                                          **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Withdraw Motion for Contempt (Doc. No. 21). For good cause shown, the Motion is GRANTED. Plaintiff's Motion for Contempt is MOOT, and the contempt hearing scheduled for December 15, 2009, before Magistrate Judge H. David Young is cancelled.

IT IS SO ORDERED this 10th day of December, 2009.


                                                           /s/ Wm. R. Wilson, Jr.
                                                           UNITED STATES DISTRICT JUDGE